UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiff(s)<br><br>v.<br><br>MILPITAS MATERIALS COMPANY, a California Corporation,<br><br>Defendant(s) | CASE No.: 20-cv-09102 HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS (as modified) |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: 120 days to complete audit prior to mediation

Date: 03/24/21          /S/ Anne M. Bevington
                        Attorney for Plaintiff

Date: 03/24/21          /S/ Jeanine D. DeBacker
                        Attorney for Defendant

☐ IT IS SO ORDERED
☒ IT IS SO ORDERED WITH MODIFICATIONS: The parties are to hold the ADR session by 120 days of March 24, 2021.

Date: 3/25/2021          *[signature]* Haywood S. Gill, Jr.
                        U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 5-1-2018*