1 | Anne M. Bevington, Esq. (SBN 111320)
2 | Matthew P. Minser, Esq. (SBN 296344)
  | SALTZMAN & JOHNSON LAW CORPORATION
3 | 1141 Harbor Bay Parkway, Suite 100
  | Alameda, California  94502
4 | Telephone: (510) 906-4710
  | Email: abevington@sjlawcorp.com
5 | Email: mminser@sjlawcorp.com

6 | Attorneys for Plaintiffs, Operating Engineers' Health
7 | And Welfare Trust Fund For Northern California, et al.

8 | Jeanine D. DeBacker (SBN 178054)
  | McPHARLIN SPRINKLES & THOMAS LLP
9 | 160 W. Santa Clara St., Ste. 625
  | San Jose, California 95113
10 | Telephone: (408) 293-1900
   | Facsimile: (408) 709-5409
11 | Email: jdebacker@mstpartners.com

12 | Attorneys for Defendant
13 | MILPITAS MATERIALS COMPANY,
   | a California Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | Case No. 20-cv-09102 HSG |
|---|---|
| Plaintiffs, | **STIPULATION FOR VOLUNTARY DISMISSAL; ORDER THEREON** |
| v. | |
| MILPITAS MATERIALS COMPANY, a California Corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties to this action, through their respective counsel that, this matter having been settled, the Court dismiss this action with prejudice, with all parties to

1

**STIP FOR VOLUNTARY DISMISSAL; ORDER THEREON**
**Case No. 20-cv-09102 HSG**            P:\CLIENTS\OE3CL\Milpitas Materials Company\Pleadings\Word Versions + Fillable .PDFs\Stip for Voluntary Dismissal and Order.docx

bear their own costs and attorneys' fees. The parties also request that the Court vacate the Case Management Conference currently set for August 24, 2021, at 2:00 p.m.

IT IS SO STIPULATED.

DATED: August 21, 2021                    SALTZMAN & JOHNSON LAW CORPORATION

By:     /S/ Anne M. Bevington
Anne M. Bevington
Attorneys for Plaintiffs, Operating Engineers' Health and Welfare Trust Fund for Northern California, et al.

DATED: August 21, 2021                    McPHARLIN SPRINKLES & THOMAS LLP

By:     /S/ Jeanine D. DeBacker
Jeanine D. DeBacker
Attorneys for Defendant
MILPITAS MATERIALS COMPANY

### CERTIFICATION RE SIGNATURES

I attest that concurrence in the filing of this document has been obtained from the other Signatory.

Dated:  August 21, 2021          /S/ Anne M. Bevington
ANNE M. BEVINGTON

### **ORDER**

The parties having stipulated, and good cause appearing:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that the Case Management Conference set for August 24, 2021, at 2:00 p.m., is vacated.

IT IS SO ORDERED.

Dated:  8/23/2021          _____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE